Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____        FILED30 MAY '19 16:19USDC-ORP
_____ Division

Susan Marcos-Chavel
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Craig Spair
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)  Case No. 3:19-CV-840-SI
)        (to be filled in by the Clerk's Office)
)
)  Jury Trial: (check one)  ☐ Yes  ☒ No
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

  **A.   The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name              Susan Marcos-Chavel
  Street Address    627 18th Ave NW m-41
  City and County   Portland,
  State and Zip Code  Oregon 97209
  Telephone Number  503-248-6364
  E-mail Address    marcoschavelasusan@gmail.com

  **B.   The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: Crown Spain
Job or Title (if known): Palacio de La Zarzuela
Street Address: Carretera del Pardo
City and County: Madrid
State and Zip Code: Spain
Telephone Number: 28071
E-mail Address (if known):

Defendant No. 2
Name: Crown Saudi Arabia
Job or Title (if known): King Saudi Arabia - Islam
Street Address: 11544 Minister Foreign Affairs
City and County: Riyadh
State and Zip Code: Saudi Arabia
Telephone Number: 55937
E-mail Address (if known):

Defendant No. 3
Name: Israel
Job or Title (if known): Prime Minister Benjamin Netanyahu
Street Address: P.O. Box 187
City and County: 3 Kaplan Street
State and Zip Code: Hakirya, Jerusalem
Telephone Number: 91950
E-mail Address (if known):

Defendant No. 4
Name: MARISSA MAULTSBY Sutherfield
Job or Title (if known): Marissa Maulsby Sutherfield genetic daughter
Street Address: 2115 Weatherbee St.
City and County: Fort Worth
State and Zip Code: Texas
Telephone Number: 76110
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. _Contract w/ Spain for expansion of Crown Monaco - Michizin - Continuing Reign of Spain - Payments made - Jurisdiction - King Ferdinand & Queen Isabella_

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _Jason Marces-Colruela_, is a citizen of the State of *(name)* _Oregon_.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _Crown of Spain_, is incorporated under the laws of the State of *(name)* _foreign government_, and has its principal place of business in the State of *(name)* _Spain - Europe_.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _Royal Crown_, is a citizen of the State of *(name)* _Spain_. Or is a citizen of *(foreign nation)* _Spain_.

b. If the defendant is a corporation

The defendant, (name) __Royal Crown__, is incorporated under the laws of the State of (name) __Spain__, and has its principal place of business in the State of (name) __Spain__

Or is incorporated under the laws of (foreign nation) __Spain + United States Crown__ and has its principal place of business in (name) __Madrid, Washington D.C., Mexico__

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__Trillions__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__Payments - Arrangements were made 2005 (2010) for expansion of Crown, Monaco to include lands outside Monaco Proper, Parts of France, Italy, and Culturaly Region Spain inclusive Valencia.__

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

__Prince Albert married, al took control Princess Caroln w/ help from others helped invade - immigr Arabs to Italy at other parts of new Crown Monaco - I was forced to abdicate the Region but NOT Crown to protect each country France, Spain, + Italy__

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 28, 2019

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Susan Marcos-Chavela

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____